J-S30040-24

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA  :  IN THE SUPERIOR COURT OF
                                              :              PENNSYLVANIA
                                              :

           v.                                      :

DEIVIS GUTIERREZ-GARCIA         :

           Appellant           :     No. 1018 MDA 2023

Appeal from the Judgment of Sentence Entered June 14, 2023
In the Court of Common Pleas of Berks County Criminal Division at
No(s):  CP-06-CR-0002776-2022

BEFORE:   PANELLA, P.J.E., SULLIVAN, J., and STEVENS, P.J.E.[*]

JUDGMENT ORDER BY STEVENS, P.J.E.:   **FILED: DECEMBER 31, 2024**

In this panel's non-precedential memorandum decision in the case *sub judice*, **Commonwealth v. Gutierrez-Garcia**, No. 1018 MDA 2023 (Pa. Super. filed Oct. 25, 2024), we granted appointed counsel's application to withdraw pursuant to **Anders v. California**, 368 U.S. 738 (1967) and its progeny.[1]  Specifically, we agreed with the argument presented in appointed counsel's **Anders** brief that Appellant's requested issues challenging the sufficiency and weight of the evidence were frivolous and without support in the record.  **See Guitierrez-Garcia**, No. 1018 MDA 2023, at pp. 7-11. Nevertheless, our review of the record identified that Appellant had preserved

---

[*] Former Justice specially assigned to the Superior Court.

[1] **See Commonwealth v. McClendon**, 434 A.2d 1185 (Pa. 1981); **Commonwealth v. Santiago**, 978 A.2d 349 (Pa. 2009).

his right under **Anders** to file a responsive brief through newly retained private counsel of record, Attorney Jay M. Nigrini, Esq., and we granted counsel 30 days in which to file said brief.

To date, more than 40 days have passed, and this Court is in receipt of neither a counseled brief nor a motion for extension of time in which to file the brief. We conclude, therefore, that Appellant has waived his right to file a counseled brief responding to the **Anders** brief and petition to withdraw.

Accordingly, as we have granted appointed counsel's application to withdraw pursuant to **Anders, see Gutierrez-Garcia**, **supra**, and discern through our independent review of the record no additional issues of arguable merit, **see Commonwealth v. Dempster**, 187 A.3d 266, 271 (Pa. Super. 2018) (*en banc*) (after finding appointed counsel has satisfied **Anders** requirements, we conduct a full examination of the record to decide whether the case is wholly frivolous), we affirm the trial court's judgment of sentence.

Judgment of sentence affirmed.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 12/31/2024